UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Somah K.R.,[1]

        Petitioner,

v.

Pamela Bondi, *US Attorney General*; Kristi Noem, *Secretary of Department of Homeland Security*; Sam Berg, *Field Office Director for the Minneapolis Field Office*; and Warden of Freeborn County Detention Center,

        Respondents.

Civ. No. 25-3082 (JWB/JFD)

ORDER ACCEPTING REPORT AND RECOMMENDATION

---

Somah K.R., pro se Petitioner.

Ana H. Voss, Esq., and Ann M. Bildsten, Esq., United States Attorney's Office, for federal Respondents.

David John Walker, Esq., Freeborn County Attorney's Office, and Ann M. Bildsten, Esq., United States Attorney's Office, counsel for Respondent Warden of Freeborn County Detention Center.

---

      United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") on November 20, 2025. (Doc. No. 20.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795

---

[1] This District has adopted a policy of using the first name and last initial of any nongovernmental parties in immigration cases.

(8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The November 20, 2025 Report and Recommendation (Doc. No. 20) is **ACCEPTED**;

2. Petitioner Somah K.R.'s Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

3. This action is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: January 27, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge

2